IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT M CEARLEY, JR**                                                            **PLAINTIFF**

**v.**                                **CASE NO. 4:19-CV-00809-BSM**

**BOBST GROUP NORTH AMERICA, INC.**                    **DEFENDANT/**
                                                                           **COUNTER CLAIMANT**

**v.**

**BRYCE CORPORATION**                                          **COUNTER DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of December, 2022.

                                                               _/s/ Brian S. Miller_
                                                       UNITED STATES DISTRICT JUDGE