IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT M. CEARLEY, JR.**                                                                      **PLAINTIFF**

v.                                    **CASE NO. 4:19-CV-00809-BSM**

**BOBST GROUP NORTH AMERICA, INC.**                                      **DEFENDANT/
                                                                                                                 COUNTER CLAIMANT**

v.

**BRYCE CORPORATION**                                                           **COUNTER DEFENDANT**

## AMENDED JUDGMENT

Consistent with the order entered today, Bobst Group North America, Inc.'s claim for contractual indemnity against Bryce Corporation is dismissed without prejudice. All other claims are dismissed with prejudice. *See* Doc. No. 212. This case is dismissed.

IT IS SO ORDERED this 20th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE